**Order entered September 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00363-CR

**ALIREZA NIKMANESH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80085-2015**

## ORDER

The Court **REINSTATES** the appeal.

On August 15, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the September 14, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by John Schomburger; (3) the court reporter was Karla Kimbrell; and (4) the trial court recommended an extension until September 16, 2016. We **ORDER** court reporter Karla Kimbrell to file the reporter's record in this appeal no later than September 19, 2016.

/s/     ADA BROWN
        JUSTICE